

**WDL Systems**

Remit To: WDL Systems, Inc.
SYSTEMS P.O. Box 890030
Charlotte, NC 28289-003    (919) 545-2500

**INVOICE**
F80093

| SOLD TO | SHIP TO |
|---|---|
| DA9PT9 | DA9PT9 |
| Algorithm Consulting | Algorithm Consulting |
| ATTN: ACCOUNTS PAYABLE | ATTN: Chris Spence |
| | |
| 67 Old Rockingham Rd | 67 Old Rockingham Rd |
| Salem, NH | Salem, NH |
| 03079 | 03079 |

| INVOICE DATE | SHIPPED/DATE | P.O. # | STATE SALES TAX | US FUNDS |
|---|---|---|---|---|
| 08/05/04 | 08/05/04 | 3761 | | |

| PACKING # | TERMS | VIA |
|---|---|---|
| F70406-01 | TEMPORARY | FED EX |

| QUANT. | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 2 | 1BCM400 MX-400 w/12 Mo Anti Virus | 13,330.00 | 26,660.00 |
| | SHIPPING, HANDLING & INSURANCE | | 50.00 |
| | TOTAL | | 26,710.00 |

SMS 8/5

```
NN600042700666      NN600042701965      75001683E34C480     7500167A0571F9F
710022635E3C6AE     710022277DEB4336    882501693360722     8825017998527A1
```

-RESPONSIBILITY FOR GOODS PASSES TO CUSTOMER UPON DELIVERY BY WDL SYSTEM TO THE CARRIER
-TITLE DOES NOT PASS UNTIL GOODS ARE PAID IN FULL

WDL Systems is an Equal Opportunity Employer

TOTAL P.02